UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

v.

THOMAS HOLLAND

Defendant.

No. 23-CR-101-LM-AJ-01

21 U.S.C. §§ 841(a)(1), 841(b)(1)(C)
Distribution of a Controlled Substance

## INDICTMENT

The Grand Jury charges:

### Count One
**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C)]**
**Distribution of a Controlled Substance**

On or about August 22, 2023, in the District of New Hampshire, the defendant,

THOMAS HOLLAND

knowingly and intentionally distributed a controlled substance, specifically, fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

### Count Two
**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C)]**
**Distribution of a Controlled Substance**

On or about August 30, 2023, in the District of New Hampshire, the defendant,

THOMAS HOLLAND

knowingly and intentionally distributed a controlled substance, specifically, fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

### Count Three
**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C)]**
**Distribution of a Controlled Substance**

On or about September 12, 2023, in the District of New Hampshire, the defendant,

THOMAS HOLLAND

knowingly and intentionally distributed a controlled substance, specifically, fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

### NOTICE OF FORFEITURE

Upon conviction of one or more of the offenses alleged in Counts One, Two, and Three of this Indictment, the defendant shall forfeit to the United States pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the charged offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the charged offense.

A TRUE BILL.

Dated: November 15, 2023       /s/Foreperson
                               Foreperson of the Grand Jury

JANE E. YOUNG
United States Attorney
District of New Hampshire


By:  /s/Heather A. Cherniske
     Heather A. Cherniske
     Assistant United States Attorney